**Order entered June 2, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00052-CV

### MATTHEW GOGGANS, Appellant

### V.

### TONIA MARIE FORD, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02281**

## ORDER

We **GRANT** appellee's May 29, 2015 unopposed motion for leave to file a sur-reply

brief.  We **ORDER** the sur-reply brief attached to the motion filed as of the date of this order.


/s/      ELIZABETH LANG-MIERS
JUSTICE